NUMBER 13-07-347-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


___________________________________________________________________


IN THE INTEREST OF G. G. L., A CHILD

___________________________________________________________________


On appeal from the 197th District Court of Willacy County, Texas


___________________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam



 Appellant, LETICIA Q. QUIROZ, attempted to perfect an appeal from a judgment
entered by the 197th District Court of Willacy County, Texas, in cause number 2005-CV-328-A. Judgment in this cause was signed on April 23, 2007. Pursuant to Tex.
R. App. P. 26.1(b), appellant's notice of appeal was due on May 14, 2007, but was
not filed until May 23, 2007. 

 Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this Court's letter, the appeal would be
dismissed. To date, no response has been received from appellant.

 The Court, having examined and fully considered the documents on file,
appellant's failure to timely perfect her appeal, and appellant's failure to respond to
this Court's notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 23rd day of August, 2007.